UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:02CV277

| | |
|---|---|
| BONITA GRIGGS,<br>    Plaintiff,<br><br>v.<br><br>CASUAL CORNER, INC. d/b/a<br>PETITE SOPHISTICATE,<br>    Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. In order for the undersigned to have sufficient time to consider the pending motion for summary judgment filed by Casual Corner, Inc., the trial date must be moved.

**IT IS, THEREFORE, ORDERED** that this case is set for trial on the **October 31, 2005** term of court.

**Signed: July 8, 2005**

_____
David C. Keesler
United States Magistrate Judge