# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Bonita Griggs,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                            3:02-cv-277

Casual Corner Group Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/10/05 Order.

**Signed: August 12, 2005**

Frank G. Johns, Clerk
United States District Court